**Mamie McCANN, Appellant, v. H. M. KESSLER, Trustee, etc., Appellee.**

**In re STANLEY B. YOUNG & CO.**

**No. 8999.**

Circuit Court of Appeals, Sixth Circuit.
March 12, 1942.

Mamie McCann, of Flemingsburg, Ky., in pro. per.

Woodward, Dawson & Hobson and Grafton & Grafton, all of Louisville, Ky., for appellees.

Before ALLEN, MARTIN, and McALLISTER, Circuit Judges.

PER CURIAM.

The judgment herein is affirmed for the reasons stated in the memorandum opinion of the District Court. 44 F.Supp. 611.